IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JASON AAMODT and MARIA
AAMODT, Husband and Wife                                                              PLAINTIFFS

V.                                            CASE NO. 3:10-CV-3088

CITY OF NORFORK, ARKANSAS                                                             DEFENDANT

## JUDGMENT

For reasons set forth in the Order filed September 27, 2011, Plaintiffs' Motion for Partial Summary Judgment (Doc. 14) is DENIED, Defendant's Motion for Summary Judgment (Doc. 21) is GRANTED, and Plaintiffs' Amended Complaint (Doc. 6) is DISMISSED. Specifically, Plaintiffs' Request for Declaratory Relief is DENIED, and Plaintiffs' claims for Freedom of Information Act Violations and Denial of Equal Protection of the Law, are DISMISSED. All other pending motions are DENIED AS MOOT. The parties are to bear their own fees and costs.

IT IS SO ORDERED this 28th day of September, 2011.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE